**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| ARLA JOHNSON, POWER OF ATTORNEY FOR JANE S. JOHNSON, SOLE SURVIVING TRUSTEE FOR THE JOHNSON FAMILY TRUST, | : No. 814 MAL 2018 |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| Respondent | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| MIDNIGHT REALTY, LLC, | : |
| | : |
| Petitioner | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.